## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**BRANDY WILSON,**

    **Plaintiff,**

                              Case No. 2:20-cv-2186
    v.                                      JUDGE EDMUND A. SARGUS, JR.
                              Magistrate Judge Kimberly A. Jolson

**ETHICON, INC.,** *et al.***,**

    **Defendants.**

## ORDER

    Plaintiff Brandy Wilson and Defendants Ethicon, Inc. and Johnson & Johnson (the Defendants) jointly move to dismiss without prejudice all claims against the Defendants pursuant to Rule 41 of the Federal Rules of Civil Procedure. (ECF No. 22). The joint motion to dismiss without prejudice is **GRANTED**. With no other defendants remaining, any pending motions are terminated and this case is now closed.

    **IT IS SO ORDERED.**


**10/23/2020**                                  **s/Edmund A. Sargus, Jr.**
**DATE**                                        **EDMUND A. SARGUS, JR.**
                                                 **UNITED STATES DISTRICT JUDGE**